# EXHIBIT A

 Avvo          Email addresses, Passwords                    Active    04/15/2022

On December 17, 2019, Avvo was breached. Once the breach was discovered and verified, it was added to our database on April 15, 2022. This breach included: Email addresses and Passwords

**Resolve this breach:**

1. Update your passwords and enable two-factor authentication (2FA).
   *In most cases, we'd recommend that you change your password on the company's website. But **their website may be down or contain malicious content**, so use caution if you visit the site. For added protection, make sure you're using unique passwords for all accounts, so that any leaked passwords can't be used to access other accounts. Firefox Password Manager can help you securely keep track of all of your passwords.*

2. Protect your email with an email masking service like Firefox Relay.
   *This can hide your true email address while forwarding emails to your real inbox.*



# Avvo breach

Reported on May 2018

In May 2018, Avvo's database was allegedly breached. Even if you don't use your Avvo account anymore, it's important to protect any info that was exposed.

# Exposed Info

## Email address
davidsifuentes61@yahoo.com

## Password
Your password was exposed in this breach, but we don't know what it is.

# Here's what you can do

## Stop using that password

Hackers might use the password from this breach to try to gain access to other accounts, so it's important to change it anywhere it's used.

If you don't know what the password is or where else you use it, start by making sure you have different passwords for any accounts with sensitive info — like your banking app, health insurance site, tax software, email account, etc.


Today


Credit


Cards


Loans


Money