UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

1:23-cv-1059
Robert J. Jonker
U.S. District Judge

DAVID ANGEL SIFUENTES III,
Plaintiff,

CASE NO.

HON.

FILED - KZ
October 6, 2023 11:26 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
__mg__ Scanned by /s/ 10/6/23

V.

AVVO, INC.,
Defendant.
_____/

## PLAINTIFFS DECLARATION IN SUPPORT OF COMPLAINT AND MEMORANDUM OF LAW

I, David Angel Sifuentes III, pursuant to 28 U.S.C. § 1746, hereby certify to the best of my knowledge, information, and belief that this compliant:

1. The facts and law also documents discussed in this declaration in support of complaint and memorandum of law is not being presented for and improper purpose and is presented in the best in my ability and knowledge.

2. Is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law.

3. The factual contentions have evidentiary support or, if specifically, so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery.

4. The complaint and memorandum of law otherwise complies with the requirements of Federal Rule Civil Procedure 11.

5. I declare under penalty of perjury, that the foregoing is true and correct.

Executed on this 3rd day of October 2023.

_____

David Angel Sifuentes III

David Angel Jifuentes II
439 More St, NE
Unit 2
Grand Rapids, MI 49503



Retail
U.S. POSTAGE PAID
FCM LG ENV
GRAND RAPIDS, MI 49504
OCT 04, 2023
49007
$2.31
RDC 99
R2305K136125-2

Clerk
107 Federal Bldg
410 W Michigan Ave
Kalamazoo, MI 49007