UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ANGEL SIFUENTES, III,

    Plaintiff,

v.

                                   CASE No. 1:23-cv-1059

AVVO, INC.,                         HON. ROBERT J. JONKER

    Defendant.

_____/

## **ORDER**

Plaintiff seeks to have this Court reconsider its January 30, 2025, Order Adopting Report and Recommendation and Judgment. (ECF No. 32).  Because Plaintiff identifies no palpable defect or that a different disposition must result from a correction thereof, his motion (ECF No. 32) is properly **denied**.  *See generally* W.D. MICH. LCIVR. 7.4(a).

**IT IS SO ORDERED.**


Dated:  February 6, 2025               /s/ Robert J. Jonker
                                           ROBERT J. JONKER
                                           UNITED STATES DISTRICT JUDGE